STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WESLEY SEEGARS, JR., DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Claude J. Minter* for the petitioner.

*Mr. James A. Tumulty, Jr.* and *Mr. Abel Goldstein* for the respondent.

February 13, 1969. Denied.

WILFRED OLSSON, PLAINTIFF-RESPONDENT, v. NEWARK LADDER & BRACKET SALES CO., INC., *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Krieger & Klein* for the petitioners.

*Messrs. Seaman & Clark* for the respondent.

February 13, 1969. Granted.

WILLIAM GALWAY, PLAINTIFF-PETITIONER, v. CITY OF ELIZABETH, DEFENDANT-RESPONDENT.

*Messrs. Wilentz, Goldman & Spitzer* and *Mr. Stephen E. Barcan* for the petitioner.

*Messrs. Galvin, French & McLaughlin* for the respondent.

February 13, 1969. Denied.